**14-14055-FF**

# JURISDICTIONAL QUESTION

Address whether the August 7, 2014 entered district court order, apparently granting some of the defendants' motions to dismiss the plaintiff's complaint, is a final, appealable order. *See* 28 U.S.C. § 1291; Fed.R.Civ.P. 54(b); *Pitney Bowes, Inc. v. Mestre*, 701 F.2d 1365, 1368 (11th Cir. 1983) ("A final decision is one which ends the litigation on the merits and leaves nothing for the court to do but execute the judgment.") (quotation and citation omitted); *Huckeby v. Frozen Food Express*, 555 F.2d 542, 545-47 (5th Cir. 1977) (stating that in the absence of a Rule 54(b) certification, an order resolving fewer than all of the claims of all of the parties may be appealed only if it is otherwise reviewable under an exception to the rule of finality).