**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 29, 2014

James N. Hatten
Richard B. Russell Bldg & US Courthouse
75 SPRING ST SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 14-14055-FF
Case Style: Janet Hill v. The Bank of New York Mellon, et al
District Court Docket No: 1:14-cv-01577-TWT

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or appendix, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on 10/27/2014.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Janet K. Mohler, FF
Phone #: (404) 335-6178

Enclosure(s)

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 14-14055-FF

JANET HILL,

Plaintiff - Appellant,

versus

THE BANK OF NEW YORK MELLON,
as Trustee for the Certificateholders of CWalt, Inc.
alternative Loan Trust 2005-58 Mortgage Pass-Through
Certificate Series 2005-58, f.k.a. The Bank of New York,
KAREN PEETZ,
President of Bank of New York Mellon,
CURTIS Y. ARLEDGE,
Vice Chairman and CEO Bank of New York Mellon,
THOMAS P. GIBBONS,
Vice Chairman and Financial Officer Bank of New York Mellon,
AMERICA'S WHOLESALE LENDER, et al.,

Defendants - Appellees.

Appeal from the United States District Court
for the Northern District of Georgia

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R. 42-2(c), this appeal is DISMISSED for want of prosecution because the appellant Janet Hill failed to file an appendix within the time fixed by the rules, effective October 29, 2014.

JOHN LEY
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by: Janet K. Mohler, FF, Deputy Clerk

FOR THE COURT - BY DIRECTION